**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

WILLIAM THOMAS,

    Plaintiff,

v.                                                    Case No. 3:13-cv-1052-J-32PDB

J. W. RODGERS,

    Defendant.

## ORDER

Upon review, it is hereby

**ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. #9), to which no objections have been filed, is hereby **adopted** as the opinion of the Court.

2. This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

3. The Clerk shall terminate all pending motions, enter judgment dismissing this case without prejudice, and close this case.

**DONE AND ORDERED** at Jacksonville, Florida this 13th day of November, 2013.

                                                      TIMOTHY J. CORRIGAN
                                                      United States District Judge

ps 11/5
c:
William Thomas